

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00446-CV

Paul **WILLIAMS** and SACC, Inc.,
Appellants

v.

Barbara **GRANT**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI09043
Honorable Aaron Haas, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
             Beth Watkins, Justice
             Liza A. Rodriguez, Justice

Delivered and Filed: October 16, 2019

AGREED MOTION GRANTED; REVERSED AND RENDERED

On September 20, 2019, the parties filed an agreed motion stating they have reached a settlement and asking this court to reverse the trial court's February 19, 2019 default judgment in favor of appellee, Barbara Grant, and render a take-nothing judgment against her. *See* TEX. R. APP. P. 42.1(a)(2)(A) (permitting appellate court to dispose of an appeal by rendering judgment effectuating the parties' agreement). After consideration, we grant this relief, and consistent with the parties' request, reverse the trial court's default judgment signed on February 19, 2019, and render a take-nothing judgment against appellee. *See id.* We assess all costs of this appeal against

appellants.  *See id.* R. 42.1(d) (requiring appellate court to assess costs against appellant absent agreement by the parties).

PER CURIAM